IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEMMIE GENE CROW, #1995869 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15cv516 |
| | § | |
| GRAYSON COUNTY DISTRICT CLERK | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the petition for a writ of mandamus should be dismissed without prejudice for lack of jurisdiction. Petitioner filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court adopts the findings and conclusions of the United States Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that the petition for writ of mandamus is **DENIED** without prejudice for lack of jurisdiction. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 27th day of May, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE